### 12046. CITY OF ALBANY v. HARDY.

BLOODWORTH, J. "The decision of the superior court on certiorari reversing the judgment of a municipal court convicting one of a violation of a municipal ordinance is not subject to review by this court. *Mayor &c. of Hawkinsville* v. *Ethridge,* 96 *Ga.* 326 (22 S. E. 985); *Mayor &c. of Macon* v. *Wood,* 109 *Ga.* 149 (34 S. E. 322)." *City of Valdosta* v. *Goodwin,* 21 *Ga. App.* 664 (94 S. E. 812).

   *Writ of error dismissed. Broyles, C. J., and Luke, J., concur.*

     DECIDED MARCH 8, 1921.

Certiorari; from Dougherty superior court — Judge Wilson. December 3, 1920.

*James Tift Mann,* for plaintiff.

*Pope & Bennet,* for defendant.